IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSHUA BOWENS,

    Plaintiff,

v.

CO MATTHEWS, et al.,

    Defendants.

CIVIL ACTION
NO. 17-4800

## ORDER

**AND NOW**, this 10th day of July 2018, upon consideration of Defendant Nyenye Matthews' Motion to Dismiss and Supplemental Motion to Dismiss (Doc. Nos. 9, 16); Plaintiff Joshua Bowens' Response to the Motion to Dismiss (Doc. No. 19); Defendant Matthews' Reply to Plaintiff's Response (Doc. No. 19); Plaintiff's Statement to defense counsel (Doc. No. 22); Defendant Matthews' Response to Plaintiff's Statement (Doc. No. 23); arguments made by Plaintiff and defense counsel at the hearing on February 27, 2018; and in accordance with the Opinion issued by the Court on this day, it is **ORDERED** as follows:

1. Defendant Matthews' Motion to Dismiss and Supplemental Motion to Dismiss (Doc. Nos. 9, 16) are **GRANTED**.

2. Plaintiff's Motion to Appoint Counsel (Doc. No. 11) is **DENIED AS MOOT**.

3. Defendant's Motion to Stay Discovery (DOC. No. 26) is **DENIED AS MOOT**.

                      BY THE COURT:

                      /s/ Joel H. Slomsky
                      JOEL H. SLOMSKY, J.